## SUPREME COURT.

ESTHER A. KNAPP, an infant, by her guardian, WILLIAM MURRAY, JR., agt. WALTER DAGG.

Where the plaintiff sustained injuries from the collision of the carriage, in which she was riding as a passenger, with the defendant's carriage, and the carelessness and negligence by which the collision occurred were equally the fault of the driver of each team,—*Held*, that the plaintiff was not chargeable with the negligence of the driver of the team after which she rode, and she could recover against the defendant for her injuries.

*Delaware Circuit, September,* 1857.

THE evidence in this case showed that the plaintiff was riding as a passenger, in her brother's wagon, on a highway in Delaware county, where they were met by the defendant, who was driving two horses and a wagon. A collision occurred between the two wagons, that turned over the one in which the plaintiff was riding, threw her out upon the ground, and injured her. The negligence of the driver of each team concurred to produce the collision; but the plaintiff was in no way to blame, unless it was for riding with a careless driver.

The defendant's counsel moved for a non-suit, on the ground that the negligence of the driver of the team after which the plaintiff was riding concurred to produce the collision by which the plaintiff was injured, and that the plaintiff was responsible for his negligence, so far as this action was concerned.

WILLIAM MURRAY, JR., *for plaintiff.*
GORDON & YEOMANS, *for defendant.*

BALCOM, Justice, said: The plaintiff is not chargeable with the negligence of the driver of the team after which she rode. She could have sued him for the injury she has sustained. The defendant is guilty of injuring her as well as he is.

They have severally wronged her. She might sue either. She has chosen to bring her action against the defendant. The motion for a non-suit must be denied.

The plaintiff had a verdict for $50 damages.